CASE NO. 14-15-00168-cv

| | | |
|---|---|---|
| **KAMAL KADI** | & | |
| Appellant | & | |
| | & | **FOURTEENTH COURT OF APPEALS** |
| **VS.** | & | |
| | & | **HARRIS COUNTY, TEXAS** |
| **AUTUMN CHACE HOMEOWNERS'** | & | |
| **ASSOCIATION, INC. & CREATIVE** | & | |
| **MANAGEMENT COMPANY** | & | |
| Appellees | & | |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

SEP 17 2015

CHRISTOPHER A. PRINE
CLERK

**TO THE HONORABLE JUSTICES OF SAID COURT:**

     **COMES NOW,** Kamal S. Kadi, Plaintiff, and asks the court to allow Plaintiff more time to work on the amendment of the Brief to bring it to an acceptable form to this Honorable Court.

**Respectfully submitted,**

**Kamal S. Kadi**

**Attachment:**

# Lanier Middle School
## Progress Report

2600 Woodhead St.
Houston, TX 77098

| | |
|---|---|
| Principal: | Felicia Adams |
| Tel: | (713) 942-1900 |

School Year: 2015-2016
Progress Period Ending: 09/14/2015

| | |
|---|---|
| Grade: | 6 |
| Birthdate: | 04/23/2004 |
| Date Enrolled: | 07/30/2015 |

Student ID:          1590869
Homeroom:          HILL
Homeroom Teacher:    Hill, F

### SCHOOL MESSAGE

TO THE PARENT / GUARDIAN OF:
FATIMA KADI
2379 BRIARWEST BLVD APT N-30
HOUSTON TX 77077

Early Dismissal - September 22, 2015
Fall Holiday - September 23, 2015

| Course | Teacher | Period | Grades | Conduct | Comments |
|---|---|---|---|---|---|
| RESEARCH MS | Wilson, E | A1 | | | 1.<br>2. |
| ADVOCACY MS | Hill, F | G1 GSG | | | 1.<br>2. |
| THTRE ART 1Y MS | Hernandez, M | P1 | 100 | E | 1.<br>2. |
| MATH 6 PREAP-VG | Johnson, L | P2 | 95 | | 1.<br>2. |
| WC STDY6 MYP/VG | Campbell, J | P3 | 95 | | 1.<br>2. |
| ENG 6 MYP/VG | Wilson, E | P4 | 99 | E | 1.<br>2. |
| FRENCH 6 F | Lauletta, N | R1 | 100 | E | 1.<br>2. |
| SCI 6 MYP/VG | Hedenschau, C | R2 | 93 | E | 1.<br>2. |
| READING 6 VG | Wilson, E | R3 | 100 | E | 1. Keep up the good work!<br>2. |
| COED PE/HLTH 6Y | Crocker, E | R4 | 100 | E | 1.<br>2. |
| STUDY LAB 1 | Wilson, E | S1 SL | | | 1.<br>2. |